**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**CATERIN Ximena MANRIQUE VEGA,**
Petitioner,
v.
WARDEN Adelanto ICE Facility, *et al.*,
Respondents.

**ORDER**

ED CV 26-03930-VBF-SSC

**Denying TRO Application [Doc #2] Without Prejudice**

Proceeding pro se, on July 14, 2026, petitioner submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. sec. 2241 and an application for a temporary restraining order ("TRO"), *see* CM/ECF Docs 1 and 2, along with a supporting declaration (Doc 3), all of which were docketed on July 15, 2026. Later that same day, July 15, 2026, the Clerk's Office promptly issued a Notice of General Order 26-05 and Briefing Schedule (Doc 5) and a Notice of Resources for Pro Se Litigants (Doc 6).

According to the Schedule (Doc 5 at 2), respondents were required to file a notice of appearance within three days and an answer to the habeas petition within seven days from the date of the scheduling order, i.e., no later than Wednesday, July 22, 2026.

This Wednesday, July 22, 2026, the respondents entered a notice of appearance (Doc 7) and timely filed a response to the habeas corpus petition (Doc 8). This Thursday, July 23, 2026, the United States Magistrate Judge issued a Report and Recommendation ("R&R")

(Doc 9). The Magistrate Judge ordered the parties to file any objections to the R&R within three days, i.e. on Monday, July 27, 2026 (rather than the longer period afforded by Federal Rule of Civil Procedure 72(b) or this District Court's Local Civil Rules.

Accordingly, there is no need to proceed by way of TRO.

**The application for a TRO [Doc #2] is DENIED without prejudice.**

The case remains open and pending before the United States Magistrate Judge.

T IS SO ORDERED.

Dated: July 24, 2026

Valerie Baker Fairbank

Honorable Valerie Baker Fairbank
Senior United States District Judge